No. 1079. LEE ET AL. *v.* CITY OF JESUP. Sup. Ct. Ga. Certiorari denied. *Aaron Kravitch* for petitioners.

No. 1092. FRANKLIN ET AL. *v.* McDANIEL. C. A. 7th Cir. Certiorari denied. Reported below: 371 F. 2d 544.

No. 1094. CUTLER ET AL. *v.* AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA ET AL. C. A. 2d Cir. Certiorari denied. *Godfrey P. Schmidt* for petitioners. *Henry Kaiser* and *George Kaufmann* for respondents.

No. 1099. ROBINSON *v.* THE ATLANTIC STARLING ET AL. C. A. 5th Cir. Certiorari denied. *Samuel C. Gainsburgh* for petitioner. *Frank S. Normann* for respondents.

No. 1100. GOVERNMENT OF GUAM *v.* ATKINS-KROLL (GUAM), LTD. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Rogovin, Harold W. Burnett,* Attorney General of Guam, *Jack S. Levin, Harold C. Wilkenfeld, Frank J. Barry* and *Edward Weinberg* for petitioner.

No. 1121. ESDERTS, ADMINISTRATRIX *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. Sup. Ct. Ill. Certiorari denied. *James A. Dooley* for petitioner. *John M. O'Connor, Jr.,* and *Lawrence Gunnels* for respondent.

No. 3, Misc. DUNNING *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. Petitioner *pro se. Joe T. Patterson,* Attorney General of Mississippi, and *Delos H. Burks,* Assistant Attorney General, for respondent.